AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Walker, John M. | 2. Court or Organization  United States Court of Appeals for the Second Circuit | 3. Date of Report  5/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address  US Court of Appeals : Second Circuit  157 Church Street  New Haven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Dwight D. Opperman Institute of Judicial Administration |
| 2. Past President | Federal Judges Association |
| 3. Director | U.S. Association of Constitituional Law |
| 4. Director | Friends of CEELI |
| 5. Director | American Society of International Law, Judicial Advisory Board |
| 6. Director | Spencer Williams Foundation for Judicial Independence |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Walker , John M.**

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 5/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-April | Income as Lecturer, Yale Law School | $26,250.00 |
| 2. Sep-Nov | Income as Lecturer, Yale Law School | $26,250.00 |
| 3. Sep-Dec | Income as Lecturer, Yale Law School | $47,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Society of International Law | 2/15/10 - 2/17/10 | Washington, DC | Board Meeeting | Transportation, meals, lodging |
| 2. | The CEELI Institute | 7/18/10 - 7/23/10 | Prague, Czech Republic | Judicial Integrity Roundtable | Transportation, meals, lodging |
| 3. | Wang Family Foundation | 10-1-10 - 10-8-10 | Beijing, China | Rule of Law seminar | Transportation, meals, lodging |
| 4. | National Committee on US-China Relations | 12/5-10 - 12/9/10 | Beijing, China | Educational seminar | Transportation, meals, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 5/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 5/11/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  AES Corp | | None | L | T | Buy | 05/26/10 | K | | |
| 2.  American Tower Corp | | None | L | T | | | | | |
| 3.  AMN Healthcare Svcs | | None | | | Buy | 03/09/10 | K | | |
| 4.  Arctic Glacier Income Fund | | None | J | T | | | | | |
| 5.  Athenahealth Inc com | | None | L | T | Buy | 05/28/10 | K | | |
| 6.  AT & T Inc com | A | Dividend | J | T | | | | | |
| 7.  Becton Dickinson & Co | A | Dividend | K | T | Buy | 05/28/10 | J | | |
| 8.  Bed Bath & Beyond Inc | | None | L | T | Buy | 01/14/10 | K | | |
| 9.  Bed Bath & Beyond Inc | | | | | Sold (part) | 11/18/10 | J | A | |
| 10. Berkshire Hathaway Inc CL B | | None | | | Sold | 05/25/10 | K | | |
| 11. BHP Billiton Ltd Sponsored ADR | B | Dividend | L | T | Sold (part) | 03/30/10 | K | D | |
| 12. Brookfield Asset Mngt Inc CL A | A | Dividend | | | Sold | 05/25/10 | J | | |
| 13. Carmax | | None | K | T | Sold (part) | 05/25/10 | J | A | |
| 14. Celgence Corp | | None | K | T | | | | | |
| 15. Chesapeake Energy | A | Dividend | | | Sold | 03/24/10 | K | | |
| 16. Chevron Corp | B | Dividend | L | T | | | | | |
| 17. Cisco Syst Inc | | None | K | T | Sold (part) | 05/26/10 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 5/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Clear Channel Outdoor | | None | K | T | Sold (part) | 05/25/10 | J | | |
| 19. Clear Media Ltd | | None | J | T | | | | | |
| 20. Crown Holdings | | None | K | T | Buy | 05/25/10 | K | | |
| 21. Discovery Communications - A | | None | | | Sold | 06/23/10 | K | E | |
| 22. Discovery Communications - C | | None | K | T | Buy | 06/23/10 | K | | |
| 23. Emerson Electric | A | Dividend | | | Buy | 01/08/10 | L | | |
| 24. Emerson Electric | | | | | Sold | 02/16/10 | L | C | |
| 25. Energy Transfer Partners LP | A | Dividend | J | T | Buy | 05/27/10 | J | | |
| 26. FPIC Insurance Group Inc | | None | J | T | | | | | |
| 27. General Electric Co | A | Dividend | J | T | | | | | |
| 28. Gladstone Comm Corp | A | Dividend | K | T | | | | | |
| 29. Infinera Corp | | None | | | Buy | 10/15/10 | J | | |
| 30. Infinera Corp | | | | | Sold | 10/26/10 | J | | |
| 31. International Business Machines Corp | B | Dividend | M | T | Sold (part) | 05/27/10 | K | D | |
| 32. Iridium Communications Inc | | None | | | Buy | 02/22/10 | J | | |
| 33. Iridium Communications Inc | | | | | Sold | 05/26/10 | J | C | |
| 34. K12 Inc Com | | None | L | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
   (See Column C2)           U =Book Value            V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 5/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kinder Morgan Energy Partners | A | Dividend | K | T | Buy | 09/10/10 | K | | |
| 36. Lamar Advertising Inc | | Distribution | J | T | | | | | |
| 37. Lowes Co Inc. | B | Dividend | L | T | | | | | |
| 38. Markel Corporation | | None | K | T | Buy | 02/04/10 | J | | |
| 39. Massey Energy Co | A | Dividend | | | Buy | 05/03/10 | K | | |
| 40. Massey Energy Co | | | | | Sold | 08/11/10 | J | | |
| 41. Micro Systems Inc | . | None | K | T | Buy | 06/01/10 | J | | |
| 42. Microsoft Corp | B | Dividend | L | T | Sold (part) | 06/04/10 | J | | |
| 43. Millicom International | B | Dividend | K | T | | | | | |
| 44. Neogen Corp | | None | K | T | Buy | 09/13/10 | J | | |
| 45. Newalta Income FD Trust Unit | A | Dividend | K | T | | | | | |
| 46. Novartis AG Sponsored ADR | | None | K | T | Buy | 04/23/10 | K | | |
| 47. Novartis AG Sponsored ADR | | | | | Sold (part) | 06/04/10 | J | | |
| 48. Odyssey Healthcare | | None | | | Sold | 01/08/10 | L | F | |
| 49. Oracle Corporation | A | Dividend | L | T | Sold (part) | 05/25/10 | K | E | |
| 50. Penn National Gaming | | None | | | Sold | 02/05/10 | J | | |
| 51. Pepisco Inc | B | Dividend | L | T | Sold (part) | 11/18/10 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 5/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Philip Morris Intl Inc Com | A | Dividend | L | T | Buy | 09/09/10 | L | | |
| 53. Pioneer Natural | A | Dividend | K | T | Sold (part) | 05/25/10 | J | B | |
| 54. Pool Corp | A | Dividend | K | T | | | | | |
| 55. Pozen Inc | | None | J | T | Sold (part) | 05/27/10 | J | A | |
| 56. Prime Infrastructure Holdings | B | Dividend | K | T | | | | | |
| 57. Proctor & Gamble | C | Int./Div. | L | T | | | | | |
| 58. Six Flags Entmt Corp | A | Dividend | J | T | Buy | 08/06/10 | J | | |
| 59. Smucker JM & Co | B | Int./Div. | L | T | Sold (part) | 11/18/10 | J | B | |
| 60. Solarwinds Inc Com | | None | K | T | Buy | 07/26/10 | K | | |
| 61. SPDR Gold Tr Shs | | None | L | T | Buy | 03/08/10 | K | | |
| 62. Strayer Ed Inc Com | A | Dividend | K | T | Buy | 09/21/10 | K | | |
| 63. Super Micro Computer Inc | | None | K | T | Sold (part) | 06/04/10 | K | D | |
| 64. Taiwan Semiconductor | B | Dividend | K | T | | | | | |
| 65. Thermo Fischer Scientific Inc | | None | K | T | Sold (part) | 05/26/10 | K | | |
| 66. United Technologies Corp | A | Dividend | K | T | | | | | |
| 67. Universal Display Corp | | None | K | T | | | | | |
| 68. Urstadt Biddle PPT A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 5/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Varian Medical Systems | | None | K | T | Sold (part) | 05/25/10 | L | E | |
| 70. Wal Mart Stores Inc | B | Dividend | L | T | | | | | |
| 71. Wells Fargo & Co New | A | Dividend | L | T | | | | | |
| 72. Pershing Government Account | A | Interest | K | T | | | | | |
| 73. Fidelity Cash | A | Interest | L | T | | | | | |
| 74. Dreyfus Treasury Prime Inv Sh | A | Dividend | K | T | | | | | |
| 75. American Express Bank FSB 3.150% | B | Interest | L | T | | | | | |
| 76. Bank of America | A | Interest | | | | | | | |
| 77. Citibank | A | Interest | | | | | | | |
| 78. Peoples Bank | A | Interest | | | | | | | |
| 79. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 5/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John M. Walker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544